Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Antonio Flores

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FLORES, <br>     Plaintiff, <br><br>   vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner Of Social Security, <br>     Defendant. | Case No.: 5:17-cv-00942-PLA <br><br> ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **TWO THOUSAND FIVE HUNDRED DOLLARS** ($2,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: January 29, 2018    _____
　　　　　　　　　　　　　　　HON. PAUL L. ABRAMS
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE